AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Treavor Meleke BAKER | ) Case No. 2:23-mj-41 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 11, 2023** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **January 24, 2023**

City and state: **Columbus Ohio**

_____
Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Treavor Meleke BAKER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Treavor Meleke BAKER (hereinafter referred to as BAKER) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that BAKER committed this offense.

4. According to a CPD report that I have reviewed, on or about January 11, 2023, uniformed CPD officers were dispatched to a domestic violence report at 14 E. Hudson St., Columbus, Ohio. The victim stated that her live in boyfriend had assaulted her and threatened her with a handgun. Officers were completing paperwork to charge BAKER with domestic violence when he arrived at scene in a Nissan Xterra.

5. Officers placed BAKER under arrest for domestic violence. During a search of BAKER, officers found a loaded Sig Sauer model SP2022, 9mm handgun in the waist band of BAKER's pants. Officers found that the serial number of the firearm was unreadable and defaced.

6. BAKER is prohibited from possession of a firearm based upon having been previously convicted of the following crimes, both punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio Court of Common Pleas, case number 96CR-1434, Robbery, a felony of the second degree; and
    b. Franklin County, Ohio Court of Common Pleas, case number 16CR_6574, Weapons Wnder Disability, a felony of the third degree.

7. Records from Franklin County, Ohio Court of Common Pleas, case number 16CR-6574, show that on or about February 13, 2018, BAKER signed a plea agreement which included an acknowledgement that he understood the maximum penalty of the crime he was pleading guilty to was thirty-six (36) months of imprisonment.

**PROBABLE CAUSE AFFIDAVIT**
**Treavor Meleke BAKER**

8. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by BAKER on or about January 11, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

9. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

10. Based on this information, your affiant believes probable cause exists that BAKER, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, Sig Sauer model SP2022, 9mm handgun with a defaced serial number and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ATF TFO Samuel Chappell

January 24, 2023

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge